[Cite as *Aviv v. Ohio Dept. of Rehab. & Corr.*, 2024-Ohio-1969.]

# IN THE COURT OF CLAIMS OF OHIO

EDEN AVIV

    Plaintiff

    v.

OHIO DEPARTMENT OF
REHABILITATION AND CORRECTION

    Defendant

Case No. 2022-00741JD

Judge Lisa L. Sadler
Magistrate Anderson M. Renick

<u>JUDGMENT ENTRY</u>

{¶1} On April 10, 2024, the magistrate issued a decision recommending judgment for Defendant.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶3} The Court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the Court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of Defendant. Court costs are assessed against Plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

LISA L. SADLER
Judge

Filed April 29, 2024
Sent to S.C. Reporter 5/22/24